**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:

       Anthony J. Iarrobino,

                   Debtor.
---------------------------------------------------------x

Case No. 08-46268-JF

Chapter 7

### ORDER REOPENING CASE AND VACATING FINAL DECREE ORDER

**Whereas,** the above-captioned case having been commenced by the filing of a petition under Chapter 7 of Title 11 of the United States Code on September 21, 2008, and

**Whereas,** due to an administrative error, this case having been closed on May 18, 2009 without the issuance of a discharge, it is hereby

**ORDERED**, that the above-captioned case be, and hereby is, reopened without payment, and it is further

**ORDERED,** that the Final Decree entered on May 18, 2009 be, and hereby is, vacated pursuant to Fed. R. Bankr. P. 9024, and it is further

**ORDERED,** that the Clerk of Court notify the debtor, creditors and all parties-in-interest of this Order.


Dated: Brooklyn, New York
        June 16, 2009

                                             s/Jerome Feller
                                             Honorable Jerome Feller
                                             United States Bankruptcy Judge